UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jose A. Gonzalez Ostolaza,
    Plaintiff,
        V.                   CASE NUMBER: 98-1581 (HL)
Zoe Laboy, et al.,
    Defendant.

## ORDER

The Marshal shall serve process on Defendant:
    Warden Gabriel Alvarado
    Ponce Maxima Seguridad
    Box 900
    Peñuelas, PR 00624

Date 5-12-00         HECTOR M. LAFFITTE
                          Chief U.S. District Judge