UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jose A. Gonzalez Ostolaza,
    Plaintiff,
    V.                                          CASE NUMBER: 98-1581 (HL)
Zoe Laboy, et al.,
    Defendants.

## ORDER

Plaintiff is hereby ordered to show cause by November 3, 2000 why this case should not be dismissed on account of Plaintiff's failure to comply with the Court's order of August 7, 1998, ordering the payment of the filing fee in installments in accordance with 28 U.S.C. § 1915(b).

Date 10/7/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

