UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jose A. Gonzalez-Ostolaza,
    Plaintiff,
    V.                            CASE NUMBER: 98-1581 (HL)
Zoe Laboy, et al.,
    Defendants.

## ORDER

On August 7, 1998, the Court ordered Plaintiff to pay filing fee installments in accordance with 28 U.S.C. § 1915(b). On October 3, 2000, the Court ordered Plaintiff to show cause by November 3, 2000 why his case should not be dismissed for failure to comply with the Court's August 7, 1998 order. Plaintiff has failed to respond. Accordingly, his case is hereby dismissed without prejudice. Judgment shall be entered accordingly.

Date 11/29/00           HECTOR M. LAFFITTE
                                  Chief U.S. District Judge

