UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jose A. Gonzalez-Ostolaza,
    Plaintiff,
    V.
Zoe Laboy, et al.,
    Defendants.

CASE NUMBER: 98-1581 (HL)

| **JUDGMENT** |
|---|
| The Court having issued an order on this same date, judgment is hereby entered dismissing this case without prejudice. |

Date 11/29/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED & FILED
U.S. DISTRICT COURT
SAN JUAN, P.R.
00 NOV 30 AM 9:19


